**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 16, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00013-CV

---

## IN RE FIDELIS JOHNSON BADAIKI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1092824**

---

## MEMORANDUM OPINION

On January 7, 2020, relator Fidelis Johnson Badaiki filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lesley Briones, presiding judge of County Civil Court at Law No. 4 of Harris County, to reconsider her January 8, 2020 order denying relator's motion for summary

judgment without the real parties in interest's response, which relator asserts was untimely filed.[1]

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

---

[1] The trial court stated on the record during a January 7, 2020 hearing that it was denying relator's motion for summary judgment. After relator filed his petition, he filed an appendix with the written order signed by the trial court on January 8, 2020.